UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 13  P 4: 26

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

September 13, 2000

MEMORANDUM TO COUNSEL RE:    Greene, et al. v. Famous Pawnbrokers/First
Cash Loans, et al.
Case No. AMD 00-1374

The Court has scheduled a hearing on all open motions in the above titled case for Friday, October 13, 2000, at 10:30 a.m. The hearing will be held in courtroom 5B of the Courthouse.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

